#076356

**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 12 2014
U.S. COURT OF
FEDERAL CLAIMS

HAVRILA, JOHN G.            )
                            )
HOOKER, ERROLL J.           )
                            )
KAMLANGEK, PEERAWUT         )
                            )
TRICE, ROBERT L.            )        14- 204C
                            )
TULEWA-GIBBS, JONSON M.     )   CASE NO. _____
                            )
      Plaintiffs,           )
                            )
           v.               )
                            )
THE UNITED STATES,          )
                            )
      Defendant.            )
_____)

## COMPLAINT

1. The plaintiffs are employees of the defendant United States Government employed as wage grade Weapons Repairers, Weapons Handlers, and or in related positions by the Department of the Navy at Navy Region Hawaii, Joint Base Pearl Harbor Hickam. Plaintiffs bring this action on behalf of themselves and other employees similarly situated for a declaratory judgment, backpay and other relief, pursuant to 29 U.S.C. § 216(b), 28 U.S.C. § 1346(a)(2) and 28 U.S.C. §§ 1491, 2201 and 2202, 5 U.S.C. § 5596, and the overtime provisions of Title 5 of the U.S. Code, 5 U.S.C. §§ 5541, *et. seq.*, to remedy the defendant's willful and unlawful violations of federal law complained of herein.

## JURISDICTION AND VENUE

RECEIVED
THE UNITED STATES COURT
OF FEDERAL CLAIMS

2014 MAR 12 AM 10: 18

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1346(a)(2), 28 U.S.C. § 1331, 28 U.S.C. § 1491, and 29 U.S.C. § 216(b). Venue is proper pursuant to 28 U.S.C. § 1402.

## PARTIES

3. Plaintiff John Havrilla, a resident of Kapolei, Hawaii, is employed as a WG-05 Weapons Handler by the Department of the Navy at Navy Region Hawaii, Joint Base Pearl Harbor Hickam.

4. Additional persons who are plaintiffs in this action are also current or former employees of the defendant employed as Weapons Handlers, Weapons Repairers, and/or in related capacities at Joint Base Pearl Harbor Hickam and they have given their written consent to be party plaintiffs in this action pursuant to 29 U.S.C. § 216(b). These written consent forms set forth each plaintiff's name, home address, employing agency, and the positions and grade levels in which each plaintiff has been employed during the past several years.

5. Each of the plaintiffs in this action is an "employee" within the meaning of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 203(e)(1).

6. The defendant Government of the United States is, and at all material times has been, a "public agency" and "employer" within the meaning of the FLSA, 29 U.S.C. § 203(x) and § 203(d). Defendant employs the plaintiffs and other employees in similar activities and has its principal place of business in Washington, D.C.

## FACTS

7. Section 7(a) of the FLSA (29 U.S.C. § 207(a)) provides that an employer shall

compensate its employees at a rate not less than one and one-half times their regular rate for each hour employed in excess of 40 hours per week. In addition, section 551.501 of Part 5 of the Code of Federal Regulations, 5 CFR § 551.501, provides that federal agency employers such as the Department of the Navy, shall compensate their employees at a rate of not less than one and one-half times the employees' regular rate of pay for all hours of work in excess of 8 in a day and/or 40 in a work week. At all or some of the times material herein, the plaintiffs and other employees similarly situated have been entitled to FLSA overtime pay for all hours of work in excess of 8 in a day and/or 40 in a work week.

8. At all or some of the times material herein, and since March 10, 2011, the plaintiffs have worked as WG-05 Weapons Handlers, Weapons Repairers, and/or in related positions. At all times material herein, while working in these positions each of the plaintiffs has worked hours in excess of forty (40) hours per week and/or eight (8) hours a day.

9. Plaintiffs' job duties involve working at an armory location, guarding weapons, as well as retrieving and collecting weapons from defendant's employees.

10. At all times material herein, plaintiffs have been scheduled to receive a 30-minute, unpaid meal period. The plaintiffs, however, do not receive a duty-free meal period and continue performing their job duties through their unpaid meal period. Plaintiffs are not relieved from duty during their meal period.

11. During plaintiffs' unpaid meal periods, plaintiffs have been required to remain on their post in the armory and continue to perform their job duties, including but not

limited to activities such as providing weapons to defendant's employees as well as collecting weapons from employees, monitoring the safety of the armory and other work activities.

12. During the time plaintiffs worked in excess of forty (40) hours per week and/or eight (8) hours a day, while performing work through their unpaid meal periods, defendant United States has failed and refused to provide plaintiffs with the rights and protections provided under the FLSA, including overtime at a rate of one and one-half times their regular rates of pay for the hours plaintiffs have worked in excess of the hourly standards set forth in 29 U.S.C. § 207 and 5 CFR § 551.501 during plaintiffs' unpaid meal periods.

13. By failing and refusing to pay the plaintiffs and other employees similarly situated the overtime pay required under law, the defendant has violated, and is continuing to violate in a willful and intentional manner, the provisions of the FLSA. As a consequence, at all times material herein, the plaintiffs have been unlawfully deprived of overtime compensation and other relief for the maximum statutory period allowed under federal law.

14. As a result of the defendant's willful and purposeful violations of the FLSA and Title 5, there have become due and owing to each of the plaintiffs various amounts that have not yet been precisely determined. The employment and work records for each are in the exclusive possession, custody and control of defendant and its public agencies and the plaintiffs are unable to state at this time the exact amounts owing to each of them. Defendant and its public agencies are under a duty imposed by the

Government Accounting Office retention schedule, the FLSA (29 U.S.C. §211(c)) and various statutory and regulatory provisions to maintain and preserve payroll and other employment records with respect to plaintiffs and other employees similarly situated from which the amounts of defendant's liability can be ascertained.

15. Pursuant to 29 U.S.C. § 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the defendant's failure to pay overtime compensation.

16. Pursuant to the Back Pay Act, 5 U.S.C. § 5596, plaintiffs are entitled to recover interest on their back pay damages for the defendant's failure to pay them overtime compensation.

17. Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. § 216(b), the Back Pay Act, 5 U.S.C. § 5596 as well as other applicable laws and regulations.

WHEREFORE, the plaintiffs, on their own behalf and on behalf of others similarly situated, pray that this Court:

(a) Enter judgment declaring that the defendant has willfully and wrongfully violated its statutory obligations, and deprived each of the plaintiffs of their rights;

(b) Order a complete and accurate accounting of all the compensation to which the plaintiffs are entitled;

(c) Award each plaintiff monetary liquidated damages equal to their unpaid compensation, plus interest;

(d) Award plaintiffs their reasonable attorneys' fees to be paid by the defendant,

and the costs and disbursements of this action; and

(e) Grant such other relief as may be just and proper.

Dated: March 12, 2014

Respectfully submitted,

David Ricksecker
WOODLEY & MCGILLIVARY
1101 Vermont Avenue, N.W.
Suite 1000
Washington, D.C. 20005
(202) 833-8855

Counsel of Record

Gregory K. McGillivary
Theodore Reid Coploff
WOODLEY & MCGILLIVARY
1101 Vermont Avenue, N.W.
Suite 1000
Washington, D.C. 20005
(202) 833-8855

**REQUEST TO BECOME PARTY PLAINTIFF - Navy Region Hawaii Armory Meal Period**

NAME  <u>Havrilla          John          George</u>
         Last Name      First          Middle

HOME ADDRESS  <u>91-1023 Pa'aoloulu Way</u>

      <u>   Kapolei       Hawaii       96707   </u>
       City           State        Zip Code

**IMPORTANT: PLEASE INDICATE JOB TITLE, PAY GRADE, AND STEP FOR EACH YEAR LISTED BELOW:**
(EXAMPLE: "Weapons Handler, WG-5-5") (Use additional sheet(s) if necessary).

2010 _____    2011 _____

2012 _____    2013 ____WG-05/Step 01/02____

SIGNATURE  *John G. Havrilla*

**REQUEST TO BECOME PARTY PLAINTIFF - Navy Region Hawaii Armory Meal Period**

**Print clearly, or type the following information:**

NAME __Hooker, Erroll J__
  Last Name        First        Middle

HOME ADDRESS __86-281 Hokupaa ST__

__Waianae, Hawaii 96792__
  City        State        Zip Code

**IMPORTANT: PLEASE INDICATE JOB TITLE, PAY GRADE, AND STEP FOR EACH YEAR LISTED BELOW:**
(EXAMPLE: "Weapons Handler, WG-5-5") (Use additional sheet(s) if necessary).

2010 _____        2011 __Weapons Repair, WG-05-1__

2012 __Weapons Repair, WG-05-3__        2013 __Weapons Repair, WG-05-3__

SIGNATURE __[signature]__

**REQUEST TO BECOME PARTY PLAINTIFF - Navy Region Hawaii Armory Meal Period**

**Print clearly, or type the following information:**

NAME <u>Kamlangek         Peerawut</u>
      Last Name            First         Middle

HOME ADDRESS <u>98-288 Kaonohi St. Apt #2303</u>

        <u>Aiea       HI      96701</u>
        City       State     Zip Code

**IMPORTANT: PLEASE INDICATE JOB TITLE, PAY GRADE, AND STEP FOR EACH YEAR LISTED BELOW:**
(EXAMPLE: "Weapons Handler, WG-5-5") (Use additional sheet(s) if necessary).

2010 _____    2011 <u>Weapons Handler, WG-5-01/02</u>

2012 <u>Weapons Handler, WG-5-02/03</u>    2013 <u>Weapons Handler, WG-5-03</u>

SIGNATURE _<i>[signature]</i>_____

**REQUEST TO BECOME PARTY PLAINTIFF - Navy Region Hawaii Armory Meal Period**

**Print clearly, or type the following information:**

NAME    Trice           Robert          Lawrence
        Last Name       First           Middle

HOME ADDRESS    98-1279 Hoohiki Pl B26

                Pearl city      HI       96782
                City            State    Zip Code

**IMPORTANT: PLEASE INDICATE JOB TITLE, PAY GRADE, AND STEP FOR EACH YEAR LISTED BELOW:**
(EXAMPLE: "Weapons Handler, WG-5-5") (Use additional sheet(s) if necessary).

2010   Weapons Repairer I WG5              2011   Weapons Repair I WG5

2012   Weapons Repairer I WG5 step 1       2013   Weapons Repairer I WG5 step 2

SIGNATURE _____

**REQUEST TO BECOME PARTY PLAINTIFF - Navy Region Hawaii Armory Meal Period**

**Print clearly, or type the following information:**

NAME  Tulewa-Gibbs            Jonson              Manoa
          Last Name                  First                Middle

HOME ADDRESS _____45-650 Halekou Pl._____

          Kaneohe              Hi              96744
          City                  State           Zip Code

**IMPORTANT: PLEASE INDICATE JOB TITLE, PAY GRADE, AND STEP FOR EACH YEAR LISTED BELOW:**
**(EXAMPLE: "Weapons Handler, WG-5-5")  (Use additional sheet(s) if necessary).**

2010 _____     2011 _Weapons Handler, WG-5-01/02_

2012 _Weapons Handler, WG-5-02/03_        2013 _Weapons Handler, WG-5-03_

SIGNATURE _/s/ Tulewa-Gibbs_____